PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

　　　v.                                    Crim. No.  1:CR-01-069
                                          Crim. No.  1:CR-02-290

Eric K. Massey

On October 10, 2003, the above-named commenced a supervised release term of two years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

　　　　　　　　　Respectfully submitted,


　　　　　　　　　Mary W Foreman
　　　　　　　　　Supervising U.S. Probation Officer


### ORDER OF COURT

　　　Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___24th___ day of ___January___, 2005

　　　　　　　　　　　_William J. Caldwell_
　　　　　　　　　　　United States District Judge


FILED
HARRISBURG, PA

JAN 2 4 2005

MARY E. D'ANDREA, CLERK
Per _____
　　　　　　Deputy Clerk