PROB 35

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Crim. No. 1:CR-01-069
Crim. No. 1:CR-02-290

Eric K. Massey

On October 10, 2003, the above-named commenced a supervised release term of two years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Mary W Foreman
Supervising U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _24th_ day of _January_, 2005

_____
United States District Judge

FILED
HARRISBURG, PA

JAN 24 2005

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk